Muhammad AL–MUJAHIDIN, Plaintiff–Appellant,

v.

Jeanette McBRIDE, Indiv Cap; Rich CO Clerk of Court off, in its Official Capacity, Defendants–Appellees.

No. 15–6289.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Muhammad Al–Mujahidin, Appellant Pro Se. David Allan DeMasters, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhammad Al–Mujahidin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Al–Mujahidin v. McBride,* No. 9:13–cv–02671–BHH, 2015 WL 402918 (D.S.C. Jan. 28, 2015). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*